1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN COLACO, et al., | Case No. 5:13-cv-00972-PSG |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | **(Re: Docket No. 44)** |
| THE ASIC ADVANTAGE SIMPLIFIED EMPLOYEE PENSION PLAN, et al., | |
| Defendants. | |

Based on the parties' joint case management statement[1] and the discussions held at the case management conference,[2]

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is March 6, 2015.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

---

[1] *See* Docket No. 44.

[2] *See* Docket No. 45.

IT IS FURTHER ORDERED that the following deadlines shall apply to this case:

Discovery cutoff………………………………………................................May 8, 2015

Hearing of motions re Defendants'
        affirmative defense of release……………………………..July 7, 2015 at 10:00 a.m.

Hearing of remaining dispositive motions…..……...……....September 8, 2015 at 10:00 a.m.

Pre-trial conference…………………………………..…..October 6, 2015 at 10:00 a.m.

Trial…………………………………………..................October 26, 2015 at 9:30 a.m.

**SO ORDERED.**

Dated: January 6, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:13-cv-00972-PSG
CASE MANAGEMENT ORDER

United States District Court
For the Northern District of California