IN THE UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STEPHEN COLACO, ET AL., | CASE NO.: 13-CV-00972 HSG |
| Plaintiff, | Magistrate: Hon. Haywood S. Gilliam, Jr. |
| v. | **ORDER RE DEFENDANT MICROSEMI CORPORATION'S REQUEST TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE** |
| THE ASIC ADVANTAGE SIMPLIFIED PENSION PLAN, ASIC ADVANTAGE INC., MICROSEMI CORPORATION, ET AL., | |
| Defendants. | **DATE:** April 3, 2018<br>**TIME:** 2:00 p.m.<br>**CRTRM:** 2 |

Having considered Defendant Microsemi Corporation's ("Microsemi"), request that its counsel, John Stephens of STEPHENS FRIEDLAND LLP be allowed to appear at the Case Management Conference by telephone, and for good cause being shown,

IT IS HEREBY ORDERED that Microsemi's counsel is allowed to appear by telephone for the Case Management Conference currently set for April 3, 2018 at 2:00 p.m. in Courtroom 2. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED this 28th day of March, 2018.

_____
The Honorable Haywood S. Gilliam, Jr.
Judge of the District Court, Northern District of California

ORDER RE MICROSEMI'S REQUEST TO APPEAR BY TELEPHONE
CASE NO.: 13-CV-00972 HSG