KATHRYN C. CURRY (SBN 157099)
TRACY M. TIERNEY (SBN 200537)
**GCA LAW PARTNERS LLP**
2570 W. El Camino Real, Ste 400
Mountain View, CA 94040
Telephone: (650) 428-3900
Email: kcurry@gcalaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN COLACO, TOM GAMMON, SRIVALLI CHANDRA, DONALD HUMBERT, TERRY JONES, QUY LAU, DAVID LICHTENSTEIN, SINA MA, MICHAEL MULLEN, TRINH NGUYEN, AMAADUDDIN QURAISHI, DAVID ROBERTSON, STEPHEN THOMAS, NHAN TRAN, AND MODDY WONG<br><br>Plaintiffs,<br><br>v.<br><br>THE ASIC ADVANTAGE SIMPLIFIED EMPLOYEE PENSION PLAN, ASIC ADVANTAGE INC., AND MICROSEMI CORPORATION,<br><br>Defendants. | CASE NO. 4:13-cv-00972 HSG<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE**<br><br>[Civil Local Rule 16-10(a)]<br><br>Date: April 3, 2018<br>Time: 2:00 p.m.<br>Dept.: Courtroom 2 |

**ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR BY TELEPHONE -** CASE NO. 13-CV-00972 HSG

Having considered Plaintiffs' Request to Appear by Telephone at the Case Management Conference by telephone, and for good cause being shown,

IT IS HEREBY ORDERED that Plaintiffs' counsel, Kathryn C. Curry of GCA Law Partners is allowed to appear by telephone for the Case Management Conference set for this afternoon, April 3, 2018 at 2:00 p.m. in Courtroom 2. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated:   April 3, 2018

_____
The Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge

-1-
**ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR BY TELEPHONE** – CASE NO. 13-CV-00972 HSG