KATHRYN C. CURRY (SBN 157099)
TRACY M. TIERNEY (SBN 200537)
**GCA LAW PARTNERS LLP**
2570 W. El Camino Real, Ste 400
Mountain View, CA 94040
Telephone: (650) 428-3900
Email: kcurry@gcalaw.com

Attorneys for Plaintiffs

JOHN B. STEPHENS (SBN 142718)
TIMOTHY A. SPIVEY (SBN 269084)
**STEPHENS FRIEDLAND LLP**
2603 Main Street, Suite 350
Irvine, CA 92614
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

Attorney for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STEPHEN COLACO, TOM GAMMON, SRIVALLI CHANDRA, DONALD HUMBERT, TERRY JONES, QUY LAU, DAVID LICHTENSTEIN, SINA MA, MICHAEL MULLEN, TRINH NGUYEN, AMAADUDDIN QURAISHI, DAVID ROBERTSON, STEPHEN THOMAS, NHAN TRAN, AND MODDY WONG | CASE NO. 4:13-cv-00972 HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**[Fed.R.Civ.P 41(a)(1)]**<br><br>[Filed concurrently with Stipulation] |
| Plaintiffs, | |
| v. | |
| THE ASIC ADVANTAGE SIMPLIFIED EMPLOYEE PENSION PLAN, ASIC ADVANTAGE INC., AND MICROSEMI CORPORATION, | |
| Defendants. | |

GCA LAW PARTNERS LLP
Mountain View, California

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. All parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: <u>July 9, 2018</u>

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

GCA LAW PARTNERS LLP
Mountain View, California